UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION No.: 3:13-CV-2640-B |
| | § | |
| LESLIE T. WASHINGTON, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion to Remand [Dkt. No. 9] is GRANTED. Plaintiff's motion for attorneys' fees pursuant to 28 U.S.C. § 1447(c) is DENIED.

SO ORDERED this 29th day of October, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE